# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SELISHA L. GARRETT

NO. 2019 KW 1322

NOV 1 2 2019

---

In Re:   Selisha L. Garrett, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 558314, 561147.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

**WRIT DENIED AS MOOT.**   We have been informed by the St. Tammany Parish Clerk of Court's Office that relator was sent a copy of the transcript at issue on September 24, 2019.

**VGW**
**JMG**
**WJC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT